# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Cr. No. C-00-407<br>C.A. No. C-08-249 |
| JOSE GUADALUPE ORTIZ,<br>　　Defendant. | §<br>§ | |

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing without prejudice defendant Jose Guadalupe Ortiz's letter motion, which was docketed as a motion pursuant to 28 U.S.C. § 2255.

It is so ORDERED this 8th day of August, 2008.

_____
Janis Graham Jack
United States District Judge