IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-00-407 |
| | § | C.A. No. C-08-292 |
| | § | |
| JOSE ORTIZ, | § | |
|     Defendant/Movant. | § | |

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

Pending before the Court is the United States' second motion for extension, filed December 23, 2008, which seeks an additional forty-five days to respond to Defendant's § 2255 motion. (D.E. 104.) The United States explains that it needs this additional time in order to obtain an affidavit from defense counsel responding to Movant's allegations.

The motion (D.E. 104) is GRANTED. The government shall file its response not later than February 9, 2009. Defendant shall file any reply not later than 30 days after service of the response upon him.

It is so ORDERED this 31st day of December, 2008.

_____
Janis Graham Jack
United States District Judge